# Court of Appeals
# of the State of Georgia

ATLANTA,  March 03, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1372. TIMESHIE HOWELL v. KIMBERLY ASSOCIATES II, LP et al.

This dispossessory action originated in magistrate court. After the court entered a writ of possession, Timeshie Howell filed a petition for review to the state court. The state court dismissed Howell's petition for review for failure to pay rent into the court registry. This direct appeal followed. We, however, lack jurisdiction.

Appeals from decisions of the state courts reviewing decisions of the magistrate courts by de novo proceedings must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(11); *Strachan v. Meritor Mtg. Corp. E.*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Howell's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/03/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.